United States District Court
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
FILED
FEB 20 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

Jonathan Lee Riches,
Plaintiff

v.

Chiquita Brands International Inc., FCI Williamsburg
Defendants

7:08-cv-00168

28 USC 2241, HABEAS Corpus / Inadequate Food quantity

Plaintiff is not being fed properly at FCI Williamsburg. Chiquita Bananas got plaintiff food poisoning on 1-10-08, and FCI Williamsburg did nothing to help plaintiff. Plaintiff is served rotten food daily, foods loaded with trans fats, uncooked food. The manner in why my sentence has been executed is unconstitutional. I'm being fed a inadequate diet without proper calories. I stand 5ft 10 inches and only weigh 127 lbs. I'm starving and hungry. I seek proper food, a balance diet, and proper medical at FCI Williamsburg

[signature]

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

FLORENCE SC 295
15 FEB 2008 PM 1 L

United States District Court,
Western District of Virginia
Clerk of Court
Poff Federal Bldg.
210 Franklin Rd
Roanoke, Virginia 24011

24011+2203

"LET US DARE TO THINK, SPEAK AND"
John Adams, 1765